1   Ryan M. Sandrock (SBN 251781)
    rsandrock@sidley.com
2   SIDLEY AUSTIN LLP
    555 California Street
3   Suite 2000
    San Francisco, California  94104
4   Telephone:  (415) 772-1200

5   T. Robert Scarborough (*Pro Hac Vice* To Be Submitted)
    tscarborough@sidley.com
6   SIDLEY AUSTIN LLP
    One South Dearborn
7   Chicago, IL  60603
    Telephone:  (853) 853-7000
8
    Attorneys for Defendants
9

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12

13   | JOSE LUIS GARNICA, an individual; on | ) | Case No. 3:14-cv-05243-VC |
     behalf of himself and a class of similarly
     situated consumers,

14                                            **)STIPULATION AND [PROPOSED] ORDER**
                      Plaintiffs,             **)GRANTING EXTENSION OF TIME TO**
15                                            **)RESPOND TO COMPLAINT**

16   v.

17   HOMETEAM PEST DEFENSE, INC., a
     Delaware corporation, ROLLINS, INC., and
18   DOES 1 through 100, inclusive, ,

                      Defendants.
19

20

21

22

23

24

25

26

27

28

ACTIVE 204874765v.1

STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT
CASE NO. 3:14-CV-05243 - VC

1   WHEREAS, on December 1, 2014, Plaintiff Jose Luis Garnica ("Plaintiff"), filed a

2   Complaint in the United States District Court against Defendants HomeTeam Pest Defense, Inc. and

3   Rollins, Inc. (collectively, "Defendants") ;

4   WHEREAS, Defendants' deadline for responding to the complaint is December 24, 2014;

5   WHEREAS, Defendants have recently retained counsel and are reviewing the allegations in

6   the Complaint,

7   WHEREFORE, Plaintiff and Defendants, by and through their respective undersigned

8   counsel, hereby stipulate and agree to, and request the Court to order, the following:  The deadline

9   for Defendants to respond to the Complaint shall be extended to January 28, 2015.  The deadline for

10  Plaintiff to respond to any motion shall be March 4, 2015.  The deadline for Defendants to file their

11  reply in support of any motion shall be March 25, 2015.

12

13  **IT IS SO STIPULATED.**

14  Dated: December 19, 2014                Respectfully Submitted,

15                                          SIDLEY AUSTIN LLP

16

17                                          By:/s/ Ryan M. Sandrock

18                                          Attorneys for Defendants
                                            HOMETEAM PEST DEFENSE, INC.,
19                                          ROLLINS, INC.

20

21  Dated:  December 19, 2014               R. REX PARRIS LAW FIRM

22                                          By:/s/ Patricia Oliver

23                                          Attorneys for Plaintiff
                                            JOSE LUIS GARNICA
24

25  **IT IS SO ORDERED.**

26  Dated: ___December 23___, 2014

27

28                                          _____
                                            Judge Vince Chhabria