DON HOWARTH (SBN 53783)
dhowarth@howarth-smith.com
SUZELLE M. SMITH (SBN 113992)
ssmith@howarth-smith.com
JESSICA RANKIN (SBN 279237)
jrankin@howarth-smith.com
HOWARTH & SMITH
523 West Sixth Street, Suite 728
Los Angeles, California 90014
Telephone: (213) 955-9400
Facsimile: (213) 622-0791

R. REX PARRIS (SBN 096567)
rrparris@rrexparris.com
ALEXANDER R. WHEELER (SBN 239541)
awheeler@rrexparris.com
PATRICIA K. OLIVER (SBN 193423)
poliver@rrexparris.com
R. REX PARRIS LAW FIRM
43364 10th Street West
Lancaster, California 93534
Telephone:  (661) 949-2595
Facsimile: (661) 949-7524

DAVID S. CASEY, JR. (SBN 60768)
dcasey@cglaw.com
GAYLE M. BLATT (SBN 122048)
gmb@cglaw.com
JEREMY ROBINSON (SBN 188325)
jrobinson@cglaw.com
JASON C. EVANS (SBN 272932)
jevans@cglaw.com
CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
110 Laurel Street
San Diego, California 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

Attorneys for Plaintiff and the putative class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GARNICA, an individual; on behalf of himself and a class of similarly situated consumers,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>HOMETEAM PEST DEFENSE, INC., a Delaware corporation, ROLLINS, INC., and DOES 1 through 100, inclusive,<br>　　　　　　　Defendants. | CASE NO. 14-cv-05243-VC<br><br>**CLASS ACTION**<br><br>[~~**PROPOSED**~~] **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>AS MODIFIED |

1       The Court having considered the stipulation of the parties, IT IS HEREBY

2 ORDERED THAT:

3     1.    The Initial Case Management Conference currently set for March 10, 2015 is

4 continued to ~~March 31~~ May 12, 2015 at 10:00am; and

5     2.    The deadlines for the Case Management Conference, for filing the Joint Case

6 Management Statement and Proposed Case Management Order, and all other discovery

7 obligations required by Fed. R. Civ. P. 26(f), the Local Rules for the Northern District of

8 California, the Standing Order for all Judges of the Northern District of California, and the

9 Standing Order for Civil Cases Before Judge Vince Chhabria shall run from the new date of

10 the Initial Case Management Conference, ~~March 31~~ May 12, 2015.

11

12       SO ORDERED, this the __11th__ day of February, 2015.

13

14

15                           _____

16                           Honorable Vince Chhabria
Judge of the United States District Court for the

17                           Northern District of California

18

19

20

21

22

23

24

25

26

27

28

1