UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GARNICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOMETEAM PEST DEFENSE, INC., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05243-VC<br><br>**ORDER DENYING SCHEDULING REQUEST**<br><br>Re: Dkt. No. 23 |

　　　　The stipulated scheduling request (Docket No. 23.) is denied. The parties have offered no reason why such a lengthy delay is warranted. The deadline to file an amended complaint is March 4, 2015. The deadline to answer or otherwise respond to the amended complaint is March 25, 2014. If the defendant files a motion to dismiss rather than an answer, the deadline to respond to the motion to dismiss is April 15, 2015. Any reply must be filed by April 29, 2015. The defendant should notice the hearing for either May 14th or May 21st, whichever is more convenient for the parties.

　　　　**IT IS SO ORDERED**.

Dated: February 19, 2015

_____
VINCE CHHABRIA
United States District Judge