1  DON HOWARTH (SBN 53783)
   dhowarth@howarth-smith.com
2  SUZELLE M. SMITH (SBN 113992)
   ssmith@howarth-smith.com
3  JESSICA RANKIN (SBN 279237)
   jrankin@howarth-smith.com
4  HOWARTH & SMITH
   523 West Sixth Street, Suite 728
5  Los Angeles, California 90014
   Telephone: (213) 955-9400
6  Facsimile: (213) 622-0791

7  R. REX PARRIS (SBN 096567)
   rrparris@rrexparris.com
8  ALEXANDER R. WHEELER (SBN 239541)
   awheeler@rrexparris.com
9  PATRICIA K. OLIVER (SBN 193423)
   poliver@rrexparris.com
10 R. REX PARRIS LAW FIRM
   43364 10th Street West
11 Lancaster, California 93534
   Telephone:  (661) 949-2595
12 Facsimile: (661) 949-7524

13 DAVID S. CASEY, JR. (SBN 60768)
   dcasey@cglaw.com
14 GAYLE M. BLATT (SBN 122048)
   gmb@cglaw.com
15 JEREMY ROBINSON (SBN 188325)
   jrobinson@cglaw.com
16 JASON C. EVANS (SBN 272932)
   jevans@cglaw.com
17 CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP
   110 Laurel Street
18 San Diego, California 92101
   Telephone: (619) 238-1811
19 Facsimile: (619) 544-9232

20 Attorneys for Plaintiff and the putative class

21                    UNITED STATES DISTRICT COURT

22                    NORTHERN DISTRICT OF CALIFORNIA

23

24 JOSE LUIS GARNICA, an individual; on  )
   behalf of himself and a class of similarly ) CASE NO. 14-cv-05243-VC
   situated consumers,                     )
25                                         )
               Plaintiffs,                 ) **CLASS ACTION**
26                                         )
         vs.                               ) [~~PROPOSED~~] **ORDER RE**
27 HOMETEAM PEST DEFENSE, INC., a         ) **SCHEDULING OF HEARING ON**
   Delaware corporation, ROLLINS, INC., and ) **MOTION TO DISMISS AND INITIAL**
28 DOES 1 through 100, inclusive,          ) **CASE MANAGEMENT**
               Defendants.                 ) **CONFERENCE**

1 | The Court having considered the stipulation of the parties, IT IS HEREBY
2 | ORDERED THAT Defendants may notice any potential Motion to Dismiss for a hearing on
3 | May 14, 2015 at 10:00am, and the Court will conduct the Initial Case Management
4 | Conference, after argument on the Motions, on the same date.
5 |
6 | SO ORDERED, this the  13th  day of   March          , 2015.

_____
Honorable Vince Chhabria
Judge of the United States District Court for the
Northern District of California