UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GARNICA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HOMETEAM PEST DEFENSE, INC., et al.,<br><br>    Defendants. | Case No.  14-cv-05243-VC<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 192 |

   The plaintiffs' request for dismissal of the case is granted.  The named plaintiffs' claims are dismissed with prejudice and putative class members' claims are dismissed without prejudice.

   **IT IS SO ORDERED.**

Dated:  June 8, 2017

_____
VINCE CHHABRIA
United States District Judge